UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KELLY CLARK,                                                      :
:
:
                              Plaintiff,                          :
:                        25-CV-3527 (JMF)
           -v-                                                    :
:                            ORDER
:
AMAZON.INC, INC. et al,                                          :
:
                              Defendant.                          :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As stated during the teleconference held earlier today:

- All discovery in this action is now closed.

- By separate Order entered today, the Court will refer the case to the assigned Magistrate Judge for settlement purposes. **No later than April 20, 2026**, the parties shall contact Magistrate Judge Figueredo's Chambers to schedule a settlement conference **to be held as soon as practicable.**

- Plaintiff is granted leave to file an amended Complaint as discussed at the conference **no later than April 24, 2026.**

- Defendants shall file any motion for summary judgment **no later than June 19, 2026.** Any opposition shall be filed **no later than July 20, 2026**. Any reply shall be filed **no later than August 7, 2026**.

     SO ORDERED.

Dated: April 16, 2026
     New York, New York                _____
                                    JESSE M. FURMAN
                                  United States District Judge